UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIELDNOTES,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civil Action No. 26-1367 (RC) |

**JOINT REPORT AND BRIEFING SCHEDULE**

Plaintiff Fieldnotes ("Plaintiff" or "Fieldnotes") and Defendant, Office of Management and Budget ("Defendant" or "OMB"), respectfully submit this joint report and briefing schedule in response to the Court's minute order dated June 23, 2026 ordering parties to meet, confer, and submit a proposed briefing schedule on or before July 7, 2026.

1. On April 22, 2026, Plaintiff filed a complaint (ECF No. 1, "Complaint") alleging that Defendant violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, regarding Plaintiff's FOIA request to the Office of Management and Budget, FOIA request # 2026-450. ECF No. 1 ¶¶ 25-28.

2. On May 21, 2026, counsel for OMB filed a consent motion for additional time to respond to the complaint and on June 22, 2026, filed an answer to the Complaint. ECF No. 7.

3. On June 23, 2026, this Court ordered the parties to "meet, confer, and submit a proposed briefing schedule on or before July 7, 2026."

4. The agency issued a response to this request on July 6, 2026 stating its position:

   You have requested records that are not in the custody or control of OMB. Please note that none of the five National Energy Dominance Council individuals identified in your request (Jarrod Agen, Oliver McPherson-Smith, John Reiten, Blake Deeley, or Brittany Kelm) are

or were OMB personnel, and none of the identified email domains (either government or external) are or were OMB email domains.

5. On July 7, 2026, following some email communications, the parties met and conferred to discuss the agency's response.

6. Plaintiff's position is that the OMB is the proper custodian of these records (*see, e.g., Judicial Watch, Inc. v. Department of Energy*, 412 F.3d 125 (D.C. Cir. 2005) (holding that to access Bush-era energy council records, a requester must seek them through the agency who corresponded with the task force). Plaintiff has communicated this position to OMB during the meet and confer held on July 7, 2026.

7. OMB and its counsel are currently reviewing Plaintiff's position as stated in paragraph 6.

8. Therefore, both of the parties respectfully request an extension of time of fourteen (14) days to provide the Court with a proposed briefing schedule in this matter, in the hope that such briefing may not be necessary.

9. The parties propose that they file a subsequent status report by July 21, 2026, updating the Court on the status of this matter, with a proposal for any further proceedings in this case.

* * *

Dated: July 7, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Samantha-Josephine Baker
Samantha-Josephine Baker
Assistant United States Attorney
FL Bar #105714
601 D Street, NW
Washington, DC 20530
202-252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

*/s/ Allison Kole*
ALLISON KOLE
D.C. Bar # 1031724
1300 I Street NW, Suite 400
Washington, DC 20005
(202) 596-7540
allison@energyandpolicy.org

Joy Ramsingh
Bar No. TN 035938
1300 I Street NW, Suite 400
Washington, DC 20005
(202) 643-6267
joy@energyandpolicy.org

*Counsel for Plaintiff*