UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIELDNOTES,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civil Action No. 26-1367 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered July 10, 2026, Plaintiff Fieldnotes ("Plaintiff" or "Fieldnotes") and Defendant, Office of Management and Budget ("Defendant" or "OMB"), respectfully submit this joint status report:

1. Plaintiff submitted a Freedom of Information Act request to the Office of Management and Budget, FOIA request # 2026-450 on March 10, 2026. See ECF No. 1 ¶ 2.
2. As previously indicated in the last status report filed on July 7, 2026, OMB issued a no-records response to this request on July 6, 2026. ECF No. 8 ¶ 4.
3. The parties are continuing to meet and confer regarding their respective positions in an effort to resolve this matter. In the event that conferral is not successful, the parties plan to proceed to summary judgment briefing. To allow sufficient time for the parties to confer while ensuring that this matter is resolved within a reasonable timeframe, the parties propose the following briefing schedule:

   Defendant's Brief and Dispositive Motion: on or before September 24, 2026

   Plaintiff's Brief and Opposition Motion: on or before October 26, 2026

   Defendant's Reply: on or before November 9, 2026

Plaintiff's Reply: on or before November 23, 2026

Dated: July 21, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Samantha-Josephine Baker*
Samantha-Josephine Baker
Assistant United States Attorney
FL Bar #105714
601 D Street, NW
Washington, DC 20530
202-252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

*/s/ Allison Kole*
ALLISON KOLE
D.C. Bar # 1031724
1300 I Street NW, Suite 400
Washington, DC 20005
(202) 596-7540
allison@energyandpolicy.org

Joy Ramsingh
Bar No. TN 035938
1300 I Street NW, Suite 400
Washington, DC 20005
(202) 643-6267
joy@energyandpolicy.org

*Counsel for Plaintiff*